■ JOHN POPKIN v. RUBEL CORPORATION et al.— Motion granted to the extent of staying execution of the judgment appealed from pending the hearing and determination of the appeal on condition that the appellants within 10 days after the entry of the order herein file an additional surety company undertaking for the amount of the interest involved, and upon the further condition that the appellant procures the record on appeal and appellants' points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court; and it is further ordered that the appeal from the judgment and the appeal from the order are permitted to be heard in a single appeal book, without duplication of printing. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of MAURICE S. BIEN (Admitted as MORRIS BIEN), an Attorney.— Motion for reinstatement granted. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ RELART, LTD. et al., v. REGENT ENTERPRISES, INC., et al.— Motion to dismiss appeal from order entered May 21, 1959, denied without prejudice to a renewal thereof upon the argument or submission of the appeal; and to dismiss the appeal from judgment entered June 8, 1959, denied and the time of the defendants-appellants to perfect their appeal from the judgment entered June 8, 1959 and from the orders entered April 28, 1959 and May 21, 1959, further enlarged up to and including December 8, 1959, with notice of argument for the January 1960 Term of this court. The order of this court entered September 17, 1959, is modified accordingly. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ DEEP SOUTH OIL COMPANY OF TEXAS v. STANLEY EPSTEIN.— Motion granted to the extent of staying the enforcement and effect of the said order entered October 9, 1959, pending the hearing and determination by this court of the appeal taken by the defendant-appellant from said order, and permitting the defendant to enter judgment in his favor in the action pending in the City Court of the City of New York, New York County, between Stanley Epstein, as plaintiff, and Deep South Oil Company of Texas, as defendant, and in the action pending in the Supreme Court of the State of New York, County of New York, between Stanley Epstein, as plaintiff, and Deep South Oil Company, Inc., as defendant, unless the respondent continues the undertaking in the amount of $14,000, heretofore filed in the office of the Clerk of the County of New York, on October 19, 1959, pursuant to the order to show cause herein, dated October 15, 1959, in full force and effect pending the hearing and determination of the appeal. In all other respects, the motion is denied. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTONIO VALENTIN.— Order of this court entered on June 2, 1959, assigning Irwin K. Fingerit, Esq., as counsel for the defendant-appellant, is vacated, and J. Kenneth Townsend, Esq. of 15 Broad Street, New York, New York is assigned as counsel for defendant-appellant for the purposes of the appeal in the place and stead of Irwin K. Fingerit, Esq. The defendant-appellant's time to serve and file the appellant's points is extended to and including February 2, 1960, with notice of argument for the March 1960 Term of this court. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.